**In re Petition for Reinstatement to the Practice of Law of Edward B. DICKSON.**

**No. CX–93–653.**

Supreme Court of Minnesota.

June 6, 1996.

*ORDER*

WHEREAS, the petitioner Edward B. Dickson and the Director of the Office of Lawyers Professional Responsibility have stipulated and agreed that is in the best interest of petitioner to withdraw his petition for reinstatement and not file a new petition for at least 6 months,

IT IS HEREBY ORDERED that the petition for reinstatement of Edward B. Dickson is dismissed without prejudice.

BY THE COURT:

/s/ <u>Alan C. Page</u>
Alan C. Page
Associate Justice